**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **In re,**<br>**NANCY ELOISE CHANCE,**<br><br>  Debtor. | **Case No. 11-40517**<br>**Chapter 7** |
| **ROBERT L. BAER, Trustee,**<br><br>  Plaintiff,<br><br>  v.<br><br>**PERSELS & ASSOCIATES, LLC,**<br><br>  Defendant. | **Adv. No. 12-7059**<br>**No. 13-mc-401-RDR** |

## O R D E R

This matter is presently before the court upon defendant Persels & Associates, LLC's motion to withdraw the reference of this adversary proceeding and to transfer it to this court from Bankruptcy Court. On January 17, 2013, Bankruptcy Judge Karlin issued a Report and Recommendation in which she recommended that the motion be granted and reference be withdrawn immediately with respect to the claims against defendant Persel & Associates, LLC.  The time for filing objections to the Report and Recommendation has passed and to date no objections have been filed.

Accordingly, the court adopts the Report and Recommendation by Bankruptcy Judge Karlin and grants the motion for withdrawal and for transfer to this court.  The adversary proceeding as it pertains to

the Trustee's claims against defendant Persel & Associates, LLC is immediately transferred to this court.

**IT IS THEREFORE ORDERED** that defendant Persel & Associates, LLC's motion to withdraw reference and transfer proceedings to district court (Doc. # 1) be hereby granted.

**IT IS FURTHER ORDERED** that the court adopt the bankruptcy court's recommendation on this motion (Doc. # 3).

**IT IS SO ORDERED.**

Dated this 6th day of February, 2013 at Topeka, Kansas.

                                            s/Richard D. Rogers
                                            United States District Judge